010716.0014.54.00803111.002    UNITED STATES BANKRUPTCY COURT    1303506.Trustee.278
Eastern District of North Carolina New Bern Division
Case 13-03506-8-DMW    Doc 188    Filed 01/08/16    Entered 01/08/16 09:08:21    Page 1 of 10

```
1303506-Trustee-A-Rich                          IN RE
ERNEST C. RICHARDSON, IV                        DOUGLAS S. BELL, SR.
PO BOX 1594                                     4100 SOUND DR.
ATTORNEY AT LAW
NEW BERN, NC 28563                              MOREHEAD CITY, NC 28557
                                                        SSN or Tax I.D.   XXX-XX-2587
                                                -------------------------------
                                                NANCY C. BELL
                                                4100 SOUND DR.

                                                MOREHEAD CITY, NC 28557
                                                        SSN or Tax I.D.   XXX-XX-8025

Richard M. Stearns
1015 Conference Dr.
Greenville, NC 27858                                    Chapter 13
                                                        Case Number:  13-03506-8-DMW
```

NOTICE OF MOTION FOR CONFIRMATION OF PLAN

Richard M. Stearns, Chapter 13 Trustee has filed papers with the Court to Confirm the Chapter 13 Plan.

<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Motion For Confirmation Of Plan, or if you want the court to consider your views on the motion, then on or before 02/08/2016, you or your attorney must file with the court, pursuant to Local Rule 9013-1 and 9014-1, a written response, an answer explaining your position, and a request for hearing at:

```
                        U.S. Bankruptcy Court
                        PO Box 791
                        Raleigh, NC  27602
```

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to debtor(s), debtor(s) attorney and trustee at the following addessses:

```
Debtor(s):                       Attorney:                      Trustee:
DOUGLAS S. BELL, SR.             ERNEST C. RICHARDSON, IV       Richard M. Stearns
4100 SOUND DR.                   PO BOX 1594                    1015 Conference Dr.
MOREHEAD CITY, NC 28557          ATTORNEY AT LAW                Greenville, NC 27858
-------------------------------  NEW BERN, NC 28563
NANCY C. BELL
4100 SOUND DR.
MOREHEAD CITY, NC 28557
```

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will be conducted on the motion at a date, time and place to be later set and all parties will be notified accordingly.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

```
Date:  January 07, 2016                  Richard M. Stearns
                                         Chapter 13 Trustee
                                         1015 Conference Dr.
                                         Greenville, NC 27858
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**NEW BERN DIVISION**

IN RE:                                    CASE NUMBER:  13-03506-8-DMW

**DOUGLAS S. BELL SR.**
**NANCY C. BELL**

CHAPTER 13

DEBTOR(S)

**MINUTES OF 341 MEETING AND**
**MOTION FOR CONFIRMATION OF PLAN**

NOW COMES the Trustee in the above referenced Chapter 13 case moving the Court for an Order confirming the Plan in the case and, in support, of said Motion, says unto the Court:

1. That the debtor(s) appeared at the meeting of creditors, as required by 11 U.S.C. § 341 and submitted to an examination under oath by the Trustee on July 11, 2013, or has supplied answers to written interrogatories;

2. The debtor(s) has/have complied with all requirements of 11 U.S.C. §521 (a) (1) (B) and Interim Bankruptcy Rules 1007 and 4002 (b), as modified and adopted by this Court, and this case has not been dismissed, nor is it subject to dismissal, under 11 U.S.C. §521 (i);

3. That there are no pending objections to confirmation or other filings or pleadings that would impede the confirmation of the Plan in this case;

4. That the Trustee has reviewed the schedules and relative information in the debtor(s) petition and has made a determination of the disposable income for the debtor(s) in this case. The calculation of disposable income impacts on what, if any, dividend will be received by unsecured creditors. The debtor(s) plan provides for payments of:

   $1,854.00 PER MONTH FOR 26 MONTHS, $4,484.00 PER MONTH FOR 3 MONTHS, THEN, $4,950.00 PER MONTH FOR 31 MONTHS.

5. That the liens of creditors which will not be paid in full during the term of the Plan or which are to be paid directly by the debtor(s) are not affected by the confirmation of this Plan;

6. Generally, and subject to orders entered hereafter by the Court, any proof of claim that is not filed on or before October 9, 2013 ("Bar Date") shall be disallowed. Claims of governmental units, proofs of which are not filed before December 2, 2013 ("Government Bar Date") shall be disallowed;

7. That the claims of secured creditors shall be paid as secured to the extent of the claim or to the extent of the value of the collateral as set out below:

   a. Claims to be paid directly by the Debtor:

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| #009 CAR MART OF GREENVILLE | 1999 GMC SUBURBAN | TO BE PAID **DIRECT; ARREARS OVER THE TERM OF THE PLAN.** |
| #017 WELLS FARGO HOME MORTGAGE | EQUITY LINE | TO BE PAID **DIRECT; ARREARS OVER THE TERM OF THE PLAN.** |

    b.  Continuing Long Term Debts to be paid by the Trustee:

> **IF A PROOF OF CLAIM IS TIMELY FILED** the claim is to be paid on a monthly basis according to the terms of the contract effective the first month after confirmation. Arrearages, if any, to be paid over the life of the plan. Two post-petition contractual payments shall be included in the arrearage claim. **The Debtor is to resume direct payments upon completion of plan payments. (SEE PARAGRAPH 8 BELOW)**
> .

| Creditor | Collateral |
|---|---|
| #802 RUSHMORE LOAN MANAGEMENT SERVICES | MORTGAGE |

    c.  Claims paid to extent of claims as filed (no cramdown):

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| NONE | | |

    d.  Claims paid to extent of value:

| Creditor | Collateral | Present Value | Repayment Rate/Term |
|---|---|---|---|
| #011 INTERNAL REVENUE SERVICE | 07-08 & 11-12 | $43,676.25 SECURED | TO BE PAID OVER THE TERM OF THE PLAN @ **5.25% INTEREST.** |
| #014 NC DEPT. OF REVENUE | TAXES | $12,859.41 SECURED | TO BE PAID OVER THE TERM OF THE PLAN @ **5.25% INTEREST.** |
| #031 STATE EMPLOYEES CU | REAL ESTATE | $23,291.18 UNSECURED | PER ORDER: 08-21-2013 |

    e.  Claims to be avoided by the debtor:

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| NONE | | |

Pursuant to Local Rule 3070-1(b) some secured creditors may be entitled to pre-confirmation adequate protection payments.

8. **LONG TERM RESIDENTIAL MORTGAGE CLAIMS** shall be paid in a manner consistent with Local Rule 3070-2.

9. That the following creditors have filed secured proofs of claims but, due to the value placed on the collateral, the claims will be treated as unsecured and paid along with other unsecured claims. With respect to claims listed below for which the terms of repayment are listed as: "Abandon," upon entry of an Order confirming the plan, as modified by this Motion, the automatic stay of §362(a) and the automatic co-debtor stay of §1301 shall thereupon be lifted and modified with respect to such property "for cause" under §362(a)(1), as allowed by Local Rule 4001-1(b):

    NONE

    Reference herein to "Direct" or "Outside" or similar language regarding the payment of a claim under this plan means that the debtor(s) or a third party will make the post-petition payments in accordance with the contractual documents which govern the rights and responsibilities of the parties of the transaction, including any contractual modifications thereof, beginning with the first payment that comes due following the order for relief;

10. That the treatment of claims indicated in paragraphs 7, 8 and 9 above, are based on information known to the Trustee at the time of the filing of this Motion. The treatment of some claims may differ from that indicated if subsequent timely filed claims require different treatment;

11. That the following executory contracts and unexpired leases shall be either assumed or rejected as indicated below:

| Creditor | Property Leased or Contracted For | Treatment |
|---|---|---|
| #036 ACME SELF STORAGE | STORAGE LEASE | *ASSUME*; **TO BE PAID DIRECT.** |

12. That priority claims shall be paid in full over the term of the Plan;

13. That confirmation of this Plan will be without prejudice to pending Motions For Relief From the Automatic Stay and will be without prejudice to objections to claims and avoidance actions;

14. That confirmation of the Plan vests all property of the estate in the debtor(s);

15. That the attorney for the debtor(s) is requesting fees in the amount of $3,700.00. The Trustee recommends to the Court a fee of $3,700.00. If the recommended fee is different from that requested an explanation can be found in Exhibit 'A'.

16. Other Provisions:   NONE

                                          RICHARD M. STEARNS

                                          _____

                                          Standing Chapter 13 Trustee

# EXHIBIT 'A'

| | | | |
|---|---|---|---|
| **DEBTORS:** | DOUGLAS & NANCY BELL | **CASE NUMBER:** | 13-03506-8-DMW |

**EMPLOYMENT:**

| | | | |
|---|---|---|---|
| Debtor: | COASTAL SALES REPRESENTATIVES, LLC | GROSS INCOME: | $5,549.67 |
| Spouse: | CARTERET COUNTY SCHOOLS | | $1,424.47 |

**Prior Bankruptcy cases:**  Yes ☒   No ☐   If so, Chapter ___ filed 2011

Disposition:

**Real Property**: House and Lot ☒ Mobile home ☐ Lot/Land ☒ Mobile Home/Lot ☐

| | | | |
|---|---|---|---|
| Description: | RESIDENCE @ 4100 SOUND DR. | | |
| FMV | $301,291.20 | Date Purchased | |
| Liens | $292,256.11 | Purchase Price | |
| Exemptions | $9,035.09 | Improvements | |
| Equity | $ 0.00 | Insured For | |
| Rent | | Tax Value | $334,768.00 |
| | | | |
| Description | LOT @ 411 CASTLE ST. | | |
| FMV | $1,073.70 | Date Purchased | |
| Liens | | Purchase Price | |
| Exemption | $1,073.70 | Improvements | |
| Equity | $ 0.00 | Insured For | |
| Rent | | Tax Value | $1,193.00 |

**COMMENTS**:  THE ABOVE FMV CONSIDERS 10% REDUCTION FOR HYPOTHETICAL LIQUIDATION EXPENSES.

| | | | |
|---|---|---|---|
| **Attorney Fees**: | Requested: | $3,700.00 | (excluding filing fee) |
| | Paid: | $1,850.00 | (excluding filing fee) |
| | Balance: | $1,850.00 | |

**Trustee's Recommendation:**    $3,700.00

Comments:  THE ABOVE FEES ARE REQUESTD BY BENJAMIN R. EISNER. ADDITIONAL FEES OF $3,700 AWARDED TO ERNEST C. RICHARDSON, IV BY ORDER OF 9-15-2015.  ADDITIONAL FEES OF $400.00 ALLOWED BY ORDER OF 7-12-2013 TOBENJAMIN R. EISNER..

**Plan Information**:

| Plan Information: | | After 341 | | Payout % After 341 | |
|---|---|---|---|---|---|
| Total Debts | $240,837.72 | Pay in | $215,106.00 | Priority | 100.00% |
| Priority | $4,570.22 | Less  8.00% | $17,208.48 | Secured | 100.00% |
| Secured | $187,360.71 | Subtotal | $197,897.52 | Unsecured | 0.00% |
| Unsecured | $48,906.79 | Req. Atty. Fee | $1,850.00 | Joint | 0.00% |
| Joint Debts | $0.00 | Available | $196,047.52 | Co-Debts | 0.00% |
| Co-Debtor | $0.00 | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| | **Annual Review:** | Yes ☒ | No ☐ |
| | **Payroll Deduction:** | Yes ☐ | No ☒ |
| Objection to Confirmation: | Yes ☐ | No ☒ | |

Pending:
Resolved:

Motions Filed:        Yes ☐        No ☒

    If so, indicate type and status:

Hearing Date:

| | | | |
|---|---|---|---|
| CASE: 1303506 | TRUSTEE: 54 | COURT: 278 | Page 1 of 3 |
| TASK: 01-06-2016.00803111 .LSA000 | | DATED: 01/07/2016 | |

| | | | |
|---|---|---|---|
| Court | | Served Electronically | |
| Trustee | | Richard M. Stearns | 1015 Conference Dr.<br>Greenville, NC 27858 |
| Debtor | | DOUGLAS S. BELL, SR. | 4100 SOUND DR.<br>MOREHEAD CITY, NC 28557 |
| Joint | | NANCY C. BELL | 4100 SOUND DR.<br>MOREHEAD CITY, NC 28557 |
| 799 | 000047 | ERNEST C. RICHARDSON, IV<br>ATTORNEY AT LAW | PO BOX 1594<br>NEW BERN, NC 28563 |
| 023 | 000023 | CREDIT COLLECTIONS<br>CHAPTER 13 BANKRUPTCY | 231 E. MAIN ST, STE 2A<br>MILFORD, MA 01757 |
| 011 | 000014 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY | P.O. BOX 7317<br>PHILADELPHIA, PA 19101-7317 |
| 011 | 000037 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY | P.O. BOX 7317<br>PHILADELPHIA, PA 19101-7317 |
| 011 | 000038 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY | P.O. BOX 7317<br>PHILADELPHIA, PA 19101-7317 |
| IRS | 000004 | INTERNAL REVENUE SERVICE | PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| 026 | 000026 | FIRST POINT COLLECTION<br>225 COMMERCE PLACE | PO BOX 26140<br>GREENSBORO, NC 27402-6140 |
| 041 | 000043 | STATE OF NORTH CAROLINA<br>PO BOX 629 | OFFICE OF THE ATTORNEY GENERAL<br>RALEIGH, NC 27602-0629 |
| 040 | 000042 | NC DEPT. OF REVENUE<br>ATTN: ANGELA FOUNTAIN | PO BOX 1168<br>RALEIGH, NC 27602-1168 |
| NCREV | 000005 | NC DEPT. OF REVENUE<br>ATTN: ANGELA FOUNTAIN | PO BOX 1168<br>RALEIGH, NC 27602-1168 |
| 031 | 000031 | STATE EMPLOYEES CREDIT UNION | POST OFFICE BOX 25279<br>RALEIGH, NC 27609 |
| 038 | 000040 | FRANKLIN DRAKE<br>ATTORNEY AT LAW | PO BOX 26268<br>RALEIGH, NC 27611 |
| ESC | 000003 | EMPLOYMENT SECURITY COMMISSION<br>CHAPTER 13 BANKRUPTCY | PO BOX 26504<br>RALEIGH, NC 27611 |
| 044 | 000044 | STATE EMPLOYEES CREDIT UNION<br>PO BOX 25279 | ATTENTION: BANK OFFICER<br>RALEIGH, NC 27611 |
| 022 | 000022 | BULL CITY FINANCIAL SOLUTIONS, INC.<br>CHAPTER 13 BANKRUPTCY | 1107 W. MAIN STREET, STE. 201<br>DURHAM, NC 27701 |
| 032 | 000032 | SOUTHERN CREDIT ADJUSTERS<br>CHAPTER 13 BANKRUPTCY | PO BOX 2764<br>ROCKY MOUNT, NC 27802 |
| 033 | 000033 | SOUTHERN CREDIT ADJUSTERS<br>CHAPTER 13 BANKRUPTCY | PO BOX 2764<br>ROCKY MOUNT, NC 27802 |
| 009 | 000009 | CAR MART OF GREENVILLE<br>CHAPTER 13 BANKRUPTCY | 955 BROMPTON LANE<br>GREENVILLE, NC 27834 |
| 037 | 000039 | CAR MART OF GREENVILLE<br>CHAPTER 13 BANKRUPTCY | 955 BROMPTON LANE<br>GREENVILLE, NC 27834 |
| 039 | 000041 | SHAPIRO & INGLE, LLP<br>CHAPTER 13 BANKRUPTCY | 10130 PERIMETER PARKWAY, STE. 400<br>CHARLOTTE, NC 28216 |
| 010 | 000013 | ALBERT TAYLOR HAYES<br>ATTORNEY AT LAW | 10130 PERIMETER PKWY., STE. 400<br>CHARLOTTE, NC 28216 |

CASE: 1303506    TRUSTEE: 54    COURT: 278
TASK: 01-06-2016.00803111 .LSA000    DATED: 01/07/2016

| Seq | ID | Name / Address 1 | Address 2 |
|---|---|---|---|
| 028 | 000028 | NEW HANOVER REGIONAL MED CENTER<br>CHAPTER 13 BANKRUPTCY | PO BOX 63028<br>CHARLOTTE, NC 28262-3028 |
| 024 | 000024 | FINANCIAL DATA SYSTEMS<br>CHAPTER 13 BANKRUPTCY | 1638 MILITARY CUTOFF ROAD<br>WILMINGTON, NC 28403-8463 |
| 025 | 000025 | FINANCIAL DATA SYSTEMS<br>CHAPTER 13 BANKRUPTCY | 1638 MILITARY CUTOFF ROAD<br>WILMINGTON, NC 28403-8463 |
| 020 | 000020 | NEW HANOVER TAX COLLECTOR<br>BANKRUPTCY DEPARTMENT | PO BOX 18000<br>WILMINGTON, NC 28406 |
| 015 | 000015 | PRIDE ELECTRICAL CONTRACTING<br>PO BOX 3627 | C/O DERRICK TAYLOR<br>MOREHEAD CITY, NC 28557 |
| 016 | 000016 | STRICKLAND SURVEYING, PA<br>CHAPTER 13 BANKRUPTCY | 4105 PLANTATION ROAD<br>MOREHEAD CITY, NC 28557 |
| 036 | 000036 | ACME SELF STORAGE<br>CHAPTER 13 BANKRUPTCY | PO BOX 1902<br>MOREHEAD CITY, NC 28557 |
| 006 | 000006 | NANCY BELL<br>CHAPTER 13 BANKRUPTCY | 4100 SOUND DRIVE<br>MOREHEAD CITY, NC 28557 |
| 007 | 000007 | FDBA: COASTAL BEARINGS & CONVERYORS<br>CHAPTER 13 BANKRUPTCY | 4100 SOUND DRIVE<br>MOREHEAD CITY, NC 28557 |
| 008 | 000008 | COASTAL SALES REPRESENTATIVES, LLC<br>CHAPTER 13 BANKRUPTCY | 4100 SOUND DRIVE<br>MOREHEAD CITY, NC 28557 |
| OL1 | 000002 | BENJAMIN R. EISNER<br>ATTORNEY AT LAW | PO BOX 1548<br>NEW BERN, NC 28563 |
| 029 | 000029 | ONLINE COLLECTION SERVICES<br>685 W. FIRETOWER ROAD | PO BOX 1489<br>WINTERVILLE, NC 28590 |
| 030 | 000030 | ONLINE COLLECTION SERVICES<br>685 W. FIRETOWER ROAD | PO BOX 1489<br>WINTERVILLE, NC 28590 |
| 046 | 000046 | ABSOLUTE RESOLUTIONS CORP.<br>25 SE 2ND AVE SUITE 1120 | C/O RECOVERY MANAGMENT SYSTEMS CORP<br>MIAMI, FL 33131-1605 |
| 034 | 000034 | TEK COLLECT | PO BOX 26390<br>COLUMBUS, OH 43226 |
| 049 | 000049 *CM | WELLS FARGO<br>PO BOX 10335 | JOHN G STUMPF, PRES & CEO<br>DES MOINES, IA 50306 |
| 035 | 000035 | WELLS FARGO<br>7255 BAYMEADOWS WAY | PO BOX 10335<br>DES MOINES, IA 50306 |
| 017 | 000017 | WELLS FARGO HOME MORTGAGE<br>MAC #X2302-04-C | ONE HOME CAMPUS<br>DES MOINES, IA 50328 |
| 019 | 000019 | WELLS FARGO HOME MORTGAGE<br>MAC #X2302-04-C | ONE HOME CAMPUS<br>DES MOINES, IA 50328 |
| 045 | 000045 *CM | WELLS FARGO HOME MORTGAGE<br>ONE HOME CAMPUS | ATTENTION: BANK OFFICER<br>DES MOINES, IA 50328-1001 |
| 048 | 000048 *CM | WELLS FARGO HOME MORTGAGE<br>ONE HOME CAMPUS | ATTENTION: BANK OFFICER<br>DES MOINES, IA 50328-1001 |
| 027 | 000027 | NATIONAL AUTO FINANCE CO | POB 380901<br>MINNEAPOLIS, MN 55438 |
| 021 | 000021 | CENTURYLINK BANKRUPTCY | 359 B ERT KOUNS INDUSTRIAL LOOP<br>SHREVEPORT, LA 71106 |
| 802 | 000010 | RUSHMORE LOAN MANAGEMENT SERVICES | PO BOX 55004<br>IRVINE, CA 92619-2708 |
| 800 | 000011 | RUSHMORE LOAN MANAGEMENT SERVICES | PO BOX 55004<br>IRVINE, CA 92619-2708 |

Page 3 of 3

CASE: 1303506    TRUSTEE: 54    COURT: 278
TASK: 01-06-2016.00803111 .LSA000    DATED: 01/07/2016

801    000012    RUSHMORE LOAN MANAGEMENT SERVICES    PO BOX 55004
                                                      IRVINE, CA 92619-2708

51 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 01/07/2016.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON    01/07/2016    BY  /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail